**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PHOENIX ANCIENT ART, S.A., PETRARCH LLC a/k/a ELECTRUM, and REGULUS INTERNATIONAL CAPITAL CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> J. PAUL GETTY TRUST, J. PAUL GETTY MUSEUM, TIMOTHY POTTS, LIVIO RUSSO, and ARTURO RUSSO, <br><br> Defendants. | CASE NO. 1:17-CV-241-ER <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW A. MACDONALD** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Matthew A. Macdonald, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendants J. Paul Getty Trust, J. Paul Getty Museum, and Timothy Potts in the above-captioned action.

I am in good standing of the Bar of the State of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3(c).

-2-

Dated: January 30, 2017

Respectfully submitted,

*/s/ Matthew A. Macdonald*

Luis Li
luis.li@mto.com
Matthew A. Macdonald
matthew.macdonald@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Andrew Cath Rubenstein
andrew.rubenstein@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for DEFENDANTS J. PAUL GETTY TRUST, J. PAUL GETTY MUSEUM AND TIMOTHY POTTS