MUNGER, TOLLES & OLSON LLP

350 SOUTH GRAND AVENUE
FIFTIETH FLOOR
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

1155 F STREET N.W.
SEVENTH FLOOR
WASHINGTON, D.C. 20004-1361
TELEPHONE (202) 220-1100
FACSIMILE (202) 220-2300

March 6, 2017

Writer's Direct Contact
(213) 683-9231
(213) 683-5131 FAX
matthew.macdonald@mto.com

VIA CM/ECF

Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Phoenix Ancient Art, S.A. et al. v. J. Paul Getty Trust et al.*, No. 17-241

Your Honor:

I write on behalf of Defendants the J. Paul Getty Trust, the J. Paul Getty Museum, and Timothy Potts (together, the "Getty Defendants") to request a short postponement of the pre-motion conference on Defendant Arturo Russo's request for leave to file a motion to dismiss, currently scheduled for March 9, 2017. Defendant Russo joins in this request. Plaintiffs in this action have stated that they do not oppose the request for a postponement.

The Getty Defendants' response to the Complaint is currently due March 22, 2017. The Getty Defendants believe that they have grounds for a motion to dismiss and therefore plan to file their own pre-motion letter requesting leave to file such a motion. Though Plaintiffs do not concede that any such motion would be meritorious, the parties have agreed that the Getty Defendants will file their pre-motion letter on or before March 15, 2017. Accordingly, the parties respectfully request that the Court postpone the scheduled March 9, 2017 conference to a date on which the Court could hold a single pre-motion conference on all defendants' requests for leave to move to dismiss. All parties have indicated that they are available for such a

MUNGER, TOLLES & OLSON LLP

Honorable Edgardo Ramos
March 6, 2017
Page 2

conference on March 27 and 29, or on such date thereafter based upon the Court's availability so as to afford Plaintiffs an opportunity to respond to the Getty Defendants' letter and for the Court to review the parties' respective submissions.

Finally, Defendant Russo has asked us to include in this letter a request that his counsel be permitted to appear and participate in the conference by telephone, as Mr. Russo's counsel is located overseas.

Very truly yours,

Matthew A. Macdonald /AOR

Matthew A. Macdonald

MAM: Michael Shore, Esq., counsel for Plaintiffs; Yisroel Hiller, Esq. counsel for Defendant Arturo Russo