UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHOENIX ANCIENT ART, S.A.,
PETRARCH, LLC a/k/a ELECTRUM,
and REGULUS INTERNATIONAL CAPITAL
CORP.,

        Plaintiffs,

vs.

J. PAUL GETTY TRUST, J. PAUL GETTY
MUSEUM, TIMOTHY POTTS, LIVIO RUSSO and
ARTURO RUSSO,

        Defendants.

17-CV-00241 (ER)

## DECLARATION OF LIVIO RUSSO IN SUPPORT OF
## RUSSOS' MOTION TO DISMISS

I, Livio Russo, hereby declare as follows:

1. I am over the age of 18 and I am otherwise competent to make this declaration. I am providing this declaration voluntarily.

2. All of the statements herein are within my personal knowledge and are true and correct to the best of my knowledge.

3. I submit this declaration in support of the Russo' Motion to Dismiss.

4. The following statements are true during the entire period at issue in the Complaint and currently.

5. I am an Italian national and I reside and am domiciled in Milan, Italy. From 2010 – 2012 I was domiciled in Naples, Italy.

6. At all materials times I have been a full time employee as Principal and Senior Principal at Promontory Financial Group Italy S.r.l., the Italian subsidiary of Promontory Financial Group, LLC - a leading strategy, risk management, and regulatory-compliance consulting firm focusing on the financial services industry - and as Head of Group Financial Crime in Group Compliance at Assicurazioni Generali S.p.A. - the largest insurance group in Italy.

7. I am not licensed to or registered to conduct business in the United States.

8. I do not supply any goods or services in the United States, make sales within the United States or derive revenue from goods used or consumed or services rendered in the United States.

9. I do not employ any officers, agents, distributors, servants, employees, traders or other representatives in the United States for the transaction of business.

10. I do not maintain any office, place of business or mailing address in the United States.

11. I do not own, use or possess any real property in the United States.

12. I do not maintain any telephone listing in the United States.

13. I do not pay taxes in the United States.

14. I have not appointed an agent for service of process in the United States and I was not served with process for these proceedings in the United States.

15. I have never attended the New York International Numismatic Convention.

16. I have never made any sales in New York or derived revenue from goods used or consumed or services rendered in New York.

17. I am also a minority shareholder in NAC Numismatics Ltd. ("NAC"), a company incorporated and registered in the United Kingdom, company number 03633327, and with its principal place of business in London, England. I am not a director of NAC, I am not involved in the day-to-day management of NAC and I do not control NAC.

18. I refer to the Declaration of Arturo Russo which sets out further details regarding NAC's business, to the extent that it is relevant.

19. NAC deals exclusively with customers interested in the purchase and sale of ancient coins, and is not involved with individual or institutional customers in connection with the purchase, sale, arrangement or exhibition of collections of ancient art or sculptures.

20. To the best of my information and belief, NAC does not employ any officers, agents, distributors, servants, employees, traders or other representatives in the United States for the transaction of business.

21. To the best of my information and belief, NAC does not maintain any office, place of business or mailing address in the United States, NAC does not pay taxes in the United States, and has not appointed an agent for service of process in the United States. NAC's offices, executives and books and records are located in England.

22. My father, Robert Russo, was introduced to the Torlonia family through the family's former lawyer, Professor Giuseppe Guarino, and learned that the

Torlonia family might consider a sale of the Torlonia collection. My father provided this information to the Aboutaam brothers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Milan, Italy

Executed this 2nd day of May, 2017

_____
Livio Russo