**HARRIS BEACH** PLLC
ATTORNEYS AT LAW

June 20, 2017

677 BROADWAY, SUITE 1101
ALBANY, NY 12207
(518) 427-9700

**ELLIOT A. HALLAK**
SENIOR COUNSEL
DIRECT: (518) 701-2748
FAX: (518) 427-0235
EHALLAK@HARRISBEACH.COM

**FILED ELECTRONICALLY VIA ECF**
United States District Judge Edgardo Ramos
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, NY 10007

Re: *Phoenix Ancient Art, S.A., et al. v. J. Paul Getty Trust, et al.*, United States District Court, Southern District of New York, Case No. 17-cv-00241-ER

    This office represents the Plaintiffs in this matter. On June 19, 2017, Plaintiffs timely filed their Opposition to Defendants J. Paul Getty Trust, J. Paul Getty Museum, and Timothy Potts's Motion to Dismiss Counts 2-10 of the Complaint (ECF No. 74), and noted in the opposition that oral argument is requested.

    In accordance with Paragraph 2.D. of Your Honor's Individual Practices, Plaintiffs request that this Court hold oral argument on the motion and opposition. In light of the matters raised in the motion and opposition (as set forth in detail in those filings) and the moving Defendants' request for dispositive relief as to certain causes of action, Plaintiffs believe that oral argument on the motion and opposition would benefit the Court.

    Thank you for your consideration of this matter. We look forward to hearing from the Court in this regard.

                                           Very truly yours,

                                           Elliot A. Hallak

cc: Counsel of Record (via CM/ECF)